

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-19-00795-CV

David **RODRIGUEZ,**
Appellant

v.

**H-E-B,** Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et
al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellees' brief was originally due on March 2, 2020. On March 5, 2020,
appellees filed their brief and a motion requesting an extension of time to file the brief
until March 5, 2020. After consideration, we GRANT appellees' motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court